# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00249-CR

### Ex parte Juan Valenzuela-Rodriguez

**FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
NO. 62936-A, THE HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING**

## O R D E R

**PER CURIAM**

Appellant's brief was originally due June 6, 2013. This Court's clerk sent notice to appellant's counsel, Leonard Martinez, informing him that the brief was overdue. In response, Martinez filed a motion requesting an extension of time to file the brief, which this Court granted. Appellant failed to timely file a brief and has now filed a second motion requesting an extension of time to file the brief.

Appellant's motion for extension of time to file the brief is granted. Appellant's counsel, Leonard Martinez, is ordered to tender a brief in this cause no later than November 8, 2013. No further extensions will be granted. Failure to file the brief by that date will result in counsel being called before this Court to show cause why he should not be held in contempt for violating this order.

It is so ordered on this the 10th day of October, 2013.

Before Justices Puryear, Rose, and Goodwin

Do Not Publish